AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| UNITED STATES<br>*Plaintiff*<br>v.<br>SCOTT B. MISERENDINO, SR.<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No.   2:17-cr-00073-RBS-DEM-1 |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Scott B. Miserendino, Sr.

Date:   06/01/2017

*Attorney's signature*

David Benowitz VA Bar # 91194
*Printed name and bar number*
Price Benowitz, LLP
409 Seventh Street, NW
Suite 200
Washington, DC  20004
*Address*

david@pricebenowitz.com
*E-mail address*

(202) 417-6000
*Telephone number*

(202) 664-1331
*FAX number*