# INITIAL APPEARANCE MINUTES:

| | | | |
|---|---|---|---|
| Time set: | 2:30 | Date: | 6/1/17 |
| Start Time: | 2:38 | Presiding Judge: | Lawrence R. Leonard, USMJ |
| End Time: | 2:42 | Courtroom Deputy: | L. Woodcock |
| | | Reporter: | FTR |
| Split Time ( ) | | U.S. Attorney: | Steve Haynie |
| | | Defense Counsel: | |
| | | ( ) Retained ( ) Court appointed ( ) AFPD | |
| | | Interpreter: | |

Case Number: 2:17cr73
USA v. Scott B. Miserendino Sr.

( X ) Deft. Present ( X ) custody ( ) not in custody
( X ) Initial Appearance ( X ) Indictment ( ) Probation Violation Petition ( ) Supervised Release Petition
 ( ) Criminal Information ( ) Rule 5 arrest ( ) Rule 32 arrest ( ) Criminal Complaint
( X ) Deft. advised of rights, charges and right to counsel
( ) Counsel desired (✓) Defendant to retain: __David Benowitz__
( ) Defendant's motion to substitute counsel
( ) Order to substitute counsel executed and filed in open court
( ) Financial Affidavit filed in open Court
( ) Court ( ) Directed ( ) Denied appointment of counsel
( ) Court directed defendant to reimburse govt. at rate of $_____ per month. Payments to begin and continue each month thereafter until paid in full.
( ) Defendant waived ( ) Removal ( ) Preliminary hearing (In this District only)
( ) Defendant executed Waiver of Removal Hearing ( ) Waiver of Identity Hearing (In this District only)
( ) Waiver of Detention Hearing (In this District only)
( ) Commitment to Another District entered and filed in open court
( ) ( ) Preliminary ( ) Removal Hearing set for _____ at _____ before _____ U.S. Magistrate Judge in _____.
( ) Preliminary Hearing ( ) Held ( ) Waived. ( ) Defendant stipulated to probable cause
( ) Court finds probable cause ( ) Defendant held for Grand Jury ( ) Defendant remanded to custody of U.S. Marshal for removal to charging district
(✓) Government motion for Detention
( ) Government motion to withdraw motion for detention and set bond ( ) Granted ( ) Denied
(✓) Detention Hearing scheduled fo. 6-2-17 at 9:30 before RJK.
( ) Detention Hearing ( ) Held ( ) Waived in _____.
(✓) Temporary Detention Order entered and filed ( ) Detention Ordered Pending Trial
( ) Bond set at $ _____
( ) Special Conditions of Release: (See Page 2)
(✓) Deft. remanded to custody of U. S. Marshal
(✓) Warrant returned executed and filed in open court
(✓) Defendant is directed to appear on 6-2-17 at 9:30 for
 (✓) Arraignment ( ) SRVH ( ) PVH ( ) Bench Trial
 (✓) Norfolk ( ) Newport News
( ) _____
( ) _____