**ORIGINAL**

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>SCOTT B. MISERENDINO, SR.<br>*Defendant* | )<br>) Case No. 2:17cr00073<br>)<br>)<br>)<br>) |

9540745
NCIS

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* SCOTT B. MISERENDINO, SR. ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1, et al: Conspiracy

Date: 05/04/2017

*Issuing officer's signature*

FILED IN OPEN COURT
JUN - 1 2017
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

City and state: _____

Robert J. Krask, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 5/8/2017 , and the person was arrested on *(date)* 6/01/2017
at *(city and state)* Petersburg Low FCI, VA .

Date: 6/01/2017  Administratively Executed for NCIS.

RSWilhite DUSM
*Arresting officer's signature*

R.S. Wilhite DUSM
*Printed name and title*

Above Subject brought in on Attorney Special Request "Form USA-475 (sep96)" from Bureau of Prisons.