Eastern District Of Virginia – U.S. District Court

## ARRAIGNMENT/DETENTION MINUTES:

| | |
|---|---|
| Time Set: 9:30 | Date: 6/2/17 |
| Started: 9:12 – 9:32 | Presiding Judge: Robert J. Krask |
| Ended: 9:47 – 9:49 | Courtroom Deputy: L. Woodcock |
| | Court Reporter: FTR |
| Split Time: | U.S. Attorney: Steve Haynie |
| | Defense Counsel: David Benowitz |
| Case Number: 2:17cr73 | ( X ) Retained ( ) Court appointed ( ) AFPD |
| Defendant: Scott B. Miserendino Sr. | Interpreter: |

**INITIAL APPEARANCE:**
( ) Indictment
( ) Supervised Release
( ) Probation
( ) Pretrial Violation

**COUNSEL:**

( ) Court explained right to counsel
( ) Counsel waived
( ) Counsel desired.
( ) Affidavit executed and filed in open court
( ) Court directed appointment of counsel
( ) Defendant ordered to pay $_____
    beginning _____ and each month thereafter
    until paid in full

**ARRAIGNMENT:**
( ) Defendant formally arraigned
(✓) Defendant waived formal arraignment
( ) Defendant entered plea of guilty
(✓) Defendant entered plea of not guilty
(✓) Jury demanded
( ) Jury Waived
( ) Jury waiver executed and filed
(✓) Preliminary motions deadline 7-14-17
( ) Response motions deadline _____
(✓) TRIAL ( ) SRVH ( ) PVH set on 10-31-17 @ 11:00 (RBS) (✓) Norfolk ( ) Newport News

**APPEARANCE AT PRELIMINARY HEARING:**
(✓) Court inquired as to whether defendant wishes appear
    at preliminary hearing.
( ) Waiver of Appearance executed
( ) Arraignment: _____

**DETENTION:** Def to return to FCI Petersburg
(✓) Detention Hearing ( ) Held ( ) Waived
(✓) Government motion for detention:
( ) Granted ( ) Denied (✓) Motion to Withdraw – Granted.
( ) Detention Ordered (✓) Remanded
( ) Bond set _____
( ) Special Conditions of Release
( ) Defendant continued on previous bond
( ) Additional Conditions of Release
( ) Defendant failed to appear
( ) Government motion for warrant -Granted

**ORDERS:**
(✓) Agreed Discovery/Protective Order Entered

**PRELIMINARY HEARING:**
( ) Preliminary Hearing ( ) Held ( ) Waived
( ) Defendant stipulated to probable cause
( ) Court finds probable cause
( ) Defendant held for Grand Jury

**SPEEDY TRIAL:**
(✓) By agreement of all parties, due to the
complexity of the case and/or in the
interest of justice, pursuant to 18 USC
3161(h), speedy trial is waived

( ) SRV/Probation Hearing: _____
( ) _____
( ) _____
( ) _____

**SPEEDY TRIAL:**
( ) The defendant requested time to file pretrial motions. The court granted this motion under 18 U.S.C. 3161(h)(7) and <u>Bloate v. U.S.</u>, 2010 WL 757660 (U.S.) and finds that the ends of justice are served by granting this request which outweighs the best interest of the public and the defendant in a speedy trial and the time period from the arraignment to the motions deadline of _____ is excluded under the Speedy Trial Act.