UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**UNITED STATES OF AMERICA,**

v.                                      CRIMINAL NO. 2:17cr73

**SCOTT B. MISERENDINO,**

   **Defendant.**

## ORDER

This matter comes before the court on the Defendant's Unopposed Motion to Extend the Deadline for Filing Motions ("Motion to Extend"), filed on August 28, 2017. ECF No. 15. While the court grants this Motion to Extend, the court specifically clarifies that the granting of this Motion to Extend is independent of the court's decision on the Defendant's Motion Under 28 U.S.C. § 2255 ("§ 2255 Motion"), filed previously in Case No. 2:17cv339, and associated criminal Case No. 2:14cr79. The present case is a newly filed, separate criminal case from the Defendant's previous criminal case and conviction before the court, and granting this Motion to Extend is irrelevant and unrelated to any consideration of, or deadlines in, the § 2255 Motion.

Accordingly, the Defendant's Motion to Extend is **GRANTED**, and the deadline for the filing of motions in this matter is extended to November 1, 2017. The Defendant is advised that no further extensions will be granted.

The Clerk is **DIRECTED** to send a copy of this Order to all parties.

**IT IS SO ORDERED.**

/s/
Rebecca Beach Smith
Chief Judge

REBECCA BEACH SMITH
CHIEF JUDGE

August 31, 2017